1
2
3
4
5
6
7

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 6 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8  UNITED STATES DISTRICT COURT
9  CENTRAL DISTRICT OF CALIFORNIA
10
11 | UNITED STATES OF AMERICA,    )    Case No. CR07-1080 DSF-8
12 |            Plaintiff,         )    ORDER OF DETENTION
13 |       v.                      )    [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C.
14 | MIGUEL ANGEL CUEVA,           )    §3143(a)]
15 |            Defendant.         )
16

The defendant having been arrested in this judicial district pursuant to a warrant issued by the Honorable Dale S. Fischer, United States District Judge, for an alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), The Court finds that:

A.  (X)  The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's lack of bail resources, lack of a stable residence, his history of probation and pretrial release violations, his history of substance abuse, his use of aliases, and the nature of the charged offense (which defendant candidly and repeatedly admitted he was "guilty" of committing and shows he is unlikely to comply with conditions of release); and

Case 2:07-cr-01080-DSF   Document 1576   Filed 01/06/12   Page 2 of 2   Page ID #:6562

B.  (X)  The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the nature of the charged offense and defendant's extensive criminal history.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: January 6, 2012

/s/   Arthur Nakazato
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE